IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN   DIVISION

ZIONS FIRST NATION BANK         .                                                    PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 1:04cv888LTS-JMR

FISHING VESSEL PRINCESS JASMINE,. ET AL                              DEFENDANT


## ORDER

This cause comes before the Court in light of the Suggestion of Bankruptcy entered on

December 21,2005. The Court finds that there appears to be no further reason to maintain the file

as an open one for statistical purposes. Parties are to notify the Court within ten days of any

matter needing the assistance of the Court.

Nothing contained in this minute entry shall be considered a dismissal or disposition of

this matter and should further proceedings in it become necessary or desirable, any party may

initiate it in the same manner as if this minute entry had not been entered .

This the 19th day of January , 2006.


_____    s/John M. Roper_____
CHIEF UNITED STATES MAGISTRATE JUDGE

2